```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**KNIX WEAR, INC.,**

              **Plaintiff,**            24-cv-4338 (JGK)

      - against -                <u>ORDER</u>

**EMIDIA, LLC,**

              **Defendant.**

------------------------------------------------

The summons and complaint were served on defendant Emidia, LLC on July 31, 2024. Pursuant to Federal Rule of Civil Procedure 12(a), the time for Emidia, LCC to answer was August 21, 2024. To date, no answer has been filed.

The time for Emidia, LLC to answer or respond to the complaint is extended to **September 30, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against Emidia, LLC.

The plaintiff is directed to serve a copy of this Order on Emidia, LLC and to file proof of such service on the docket by **September 3, 2024.**

**Dated:**    **New York, New York**
            **August 27, 2024**

                                            /s/ John G. Koeltl
                                                **John G. Koeltl**
                                  **United States District Judge**