UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KNIX WEAR, INC.,
                    Plaintiff(s)

          -against-

EMIDA LLC,
                    Defendant(s).
------------------------------------------------------------X

24 civ 4338 (JGK)

## ORDER

The conference scheduled for Tuesday, October 1, 2024, at 12:30pm is canceled.

**SO ORDERED.**

                                                 **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 24, 2024