UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNIX WEAR, INC.,

                Plaintiff,        24-cv-4338 (JGK)

     - against -               ORDER

EMIDIA, LLC,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 15, 2024.

SO ORDERED.

Dated:    New York, New York
          October 1, 2024

                                      John G. Koeltl
                              United States District Judge