## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
KNIX WEAR INC.,

                      Plaintiff,                      24 **CIVIL** 4338 (JGK)

      -against-                     **<u>JUDGMENT</u>**

EMIDIA, LLC, a New York Limited Liabili Company
d/b/a Lilova,

                    Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Stipulated Permanent Injunction dated February 3, 2025, This Court has jurisdiction over the parties and the subject matter in this action, and venue is proper in this judicial district. This Court SHALL RETAIN JURISDICTION of this action to the extent necessary to enforce the Settlement Agreement and to ensure full compliance with the Stipulated Permanent Injunction, including enforcement by way of breach of contract, contempt, or otherwise. As further set forth in the Order. The Permanent Injunction shall bind Emidia, its successors, assigns, directors, officers, shareholders, partners, agents, attorneys, members, and employees, and all those in active concert or participation with any of them who receive actual notice of this Permanent Injunction. Accordingly, this case is closed.

**Dated:**  New York, New York

       February 3, 2025

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** _____
**Deputy Clerk**
